HEATHER S. WHITE (7674)
DANI N. CEPERNICH (14051)
SPENCER FANE LLP
10 Exchange Place, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
hwhite@spencerfane.com
dcepernich@spencerfane.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| RAND BRIEM and VERA BRIEM,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD GENOVESSE, an Ogden City Police Officer, DEVIN TAYLOR, an Ogden City Police Officer, OGDEN CITY, by and through OGDEN CITY POLICE DEPARTMENT (OPD),<br><br>Defendants. | **STIPULATION TO AND NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:23CV123 TS DBP<br><br>Judge Ted Stewart<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate to and provide notice of the dismissal of Plaintiff's claims in their entirety with prejudice. Each party shall bear its own costs and attorney fees.

DATED this 16th September 16, 2024.

SPENCER FANE LLP

*/s/ Heather S. White*
Heather S. White
Dani N. Cepernich
*Attorneys for Defendants*

SLC 7213428.2

2

        SYKES McCALLISTER LAW OFFICES, PLLC

        <u>*/s/ Robert B. Sykes (Signed with permission)*</u>
        Robert B. Sykes
        C. Peter Sorensen
        Christina D. Isom
        *Attorneys for Plaintiffs*