HEATHER S. WHITE (7674)
DANI N. CEPERNICH (14051)
SPENCER FANE LLP
10 Exchange Place, Suite 1100
Salt Lake City, Utah 84111
Telephone: (801)521-9000
hwhite@spencerfane.com
dcepernich@spencerfane.com
*Attorneys for Defendants*

---

## UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| RAND BRIEM and VERA BRIEM, <br><br> Plaintiffs, <br><br> vs. <br><br> DONALD GENOVESSE, an Ogden City Police Officer, DEVIN TAYLOR, an Ogdent City Police Officer, OGDEN CITY, by and through OGDEN CITY POLICE DEPARTMENT (OPD), <br><br> Defendants. | **NOTICE AFTER STIPULATION OF DISMISSAL** <br><br> Case No.: 1:23-cv-123-TS-DBP <br><br> Judge Ted Stewart <br> Magistrate Judge Dustin B. Pead |

On September 16, 2024, the parties filed their ECF No. 24 Stipulated Motion, Stipulation to and Notice of Dismissal With Prejudice. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulated dismissal is self-effectuating. The case is dismissed with prejudice per the terms of the stipulated dismissal. Each party shall bear its own costs and attorney fees. No order will follow.

Dated this 3rd day of October, 2024.

UNITED STATES DISTRICT COURT JUDGE

_____
HONORABLE TED STEWART